FILED
OCT 31 2019
Clerk, U S District Court
District Of Montana
Billings

FILED
OCT 3 1 2019
Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DERRICK LEE DEAN MOORE,<br><br>Defendant. | CR 16-17-BLG-SPW<br><br>ORDER |

For the reasons stated on the record, DERRICK LEE DEAN MOORE is hereby released from the custody of the U.S. Marshals Service.

DATED this 31st day of October, 2019.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1