FILED

JAN 13 2020

Clerk, U.S. District Court
District of Montana - Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DERRICK LEE DEAN MOORE,<br><br>Defendant. | CR 16-17-BLG-SPW<br><br>ORDER |

For the reasons stated on the record, DERRICK LEE DEAN MOORE is hereby released from the custody of the U.S. Marshals Service.

DATED this 13th day of February, 2020.

*Susan P. Watters*
SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1